# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** JEREMY S. MILES
- **Case Number:** 17-23898-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 12, 2018 09:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*RECEIVED 2018 APR 12 P 3:13 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

### Matter:

#5 - Final Confirmation of Plan Dated 9/28/2017 (NFC)
    + Objection filed by PNC Bank NA
R / M #: 5 / 0

### Appearances:

- **Debtor:** K. Steidl
- **Trustee:** Winnecour / Pail / (Katz) / DeSimone
- **Creditor:** Wambrodt for PNC Bank.

### Proceedings:

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___ effective ___.
7. ✓ Plan/Motion continued to 6/14/18 at 11:30 AM.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
    Objections are due on or before ___.
    A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

*Asked for 2017 tax return, recent paystubs for Debtor & non-filing Spouse.*

*Debtor agrees PNC Bank CC#2 governs.*

*Also requested confirmation wife actually paying student loans, and the balances on her car loan & credit card debts*

4/6/2018    3:17:46PM