**Form 128**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeremy S. Miles** | : | Case No. 17−23898−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 2 |
| v. | : | |
| JEREMY S. MILES | : | |
| *Respondent.* | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  August 8, 2019 .

IN ADDITION, THE REFILED DOCUMENT MUST COMPLY WITH W.PA.LBR 5005−6, SPECIFICALLY THE REQUIREMENT OF /S/ PRECEDING ALL ELECTRONIC SIGNATURES.

Dated: July 25, 2019

Dena Passerotti
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeremy S. Miles  
     Debtor

Case No. 17-23898-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Jul 25, 2019  
                      Form ID: 128     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
aty          +Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219-1908  
             +PNC MORTGAGE, A DIVISION OF PNC BANK, NA, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
       James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
       Kenneth Steidl    on behalf of Debtor Jeremy S. Miles julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                            TOTAL: 5