IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )<br>) Case No. 17-23898 GLT |
| Jeremy S. Miles,<br>*Debtor* | ) Chapter 13<br>)<br>) Related to Docket No. 42 |
| Ronda J. Winnecour, Trustee,<br>*Movant* | )<br>)<br>) |
| Vs. | )<br>) |
| Jeremy S. Miles,<br>*Respondent* | )<br>) |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 26, 2022, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Commonwealth of PA
Attn Payroll
Exec Off-Bur of Cmmnwlth Payroll Operations
Po Box 8006
Harrisburg, PA 17105

Jeremy S. Miles
5525 Gibson Road
Gibsonia, PA 15044


**Served by CM/ECF:** Ronda J. Winnecour, Trustee



Date of Service: September 26, 2022        /s/ Kenneth Steidl
                                                  Kenneth Steidl, Esquire
                                                  Attorney for the Debtor
                                                  STEIDL & STEINBERG
                                                  2830 Gulf Tower - 707 Grant Street
                                                  Pittsburgh, PA 15219
                                                  (412) 391-8000 ken.steidl@steidl-steinberg.com
                                                  PA I.D. No. 34965