**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JEREMY S. MILES <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>       vs. <br> No Respondents. | Case No.:17-23898 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


October 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/29/2017 and confirmed on 11/17/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 126,041.97 |
| Less Refunds to Debtor | 1,272.71 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,769.26 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 5,650.58 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,150.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 91,300.92 | 0.00 | 91,300.92 |
|     Acct: 3106 | | | | |
|   PNC BANK NA | 0.00 | 12,440.95 | 0.00 | 12,440.95 |
|     Acct: 2295 | | | | |
|   PNC BANK NA | 1,041.58 | 1,041.58 | 0.00 | 1,041.58 |
|     Acct: 3106 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3L10 | | | | |
| | | | | 104,783.45 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEREMY S. MILES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEREMY S. MILES | 1,272.71 | 1,272.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,903.01 | 1,903.01 | 0.00 | 1,903.01 |
|     Acct: 0738 | | | | |
| | | | | 1,903.01 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 129.29 | 14.50 | 0.00 | 14.50 |
|     Acct: 1826 | | | | |
|   US DEPARTMENT OF EDUCATION | 67,294.06 | 7,548.19 | 0.00 | 7,548.19 |
|     Acct: 0738 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 798.17 | 89.53 | 0.00 | 89.53 |
|     Acct: 5410 | | | | |
|   NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0738 | | | | |
|   PITTSBURGH POLICE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7911 | | | | |
|   GREATER PITTSBURGH POLICE FCU | 14,415.94 | 1,617.00 | 0.00 | 1,617.00 |

17-23898                                                                                                Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 0738 | | | | |
|     PA STATE EMPLOYEES CU/PSECU | 1,007.41 | 113.00 | 0.00 | 113.00 |
|     Acct: 0738 | | | | |
|     PA STATE EMPLOYEES CU/PSECU | 4,528.34 | 507.93 | 0.00 | 507.93 |
|     Acct: 0738 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 338.75 | 38.00 | 0.00 | 38.00 |
|     Acct: 4441 | | | | |
|     INTERNAL REVENUE SERVICE* | 36.27 | 4.07 | 0.00 | 4.07 |
|     Acct: 0738 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4441 | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     NATALIE MILES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 9,932.22 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 116,618.68 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 1,903.01 |
| SECURED | 1,041.58 |
| UNSECURED | 88,548.23 |

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEREMY S. MILES

     Debtor(s)

Ronda J. Winnecour
     Movant
     vs.
No Repondents.

Case No.:17-23898

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                     BY THE COURT:

                                     _____
                                   U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23898-GLT

Jeremy S. Miles     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Oct 26, 2022     Form ID: pdf900     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy S. Miles, 5525 Gibson Road, Gibsonia, PA 15044-9419 |
| 14753512 | + | Greater Pittsburgh Police Federal Credit Union, 1338 Chartiers Avenue, Pittsburgh, PA 15220-4800 |
| 14701511 | | Home Depot, PO Box 390728, Saint Louis, MO 63179 |
| 14701518 | | PSECU, P. O. Box 67012, Harrisburg, PA 17106-7012 |
| 14701514 | + | Pittsburgh Police FCU, 1338 Chartiers Ave., Pittsburgh, PA 15220-4800 |
| 14701515 | | Pittsburgh Police FCU, PO Box 4519, Carol Stream, IL 60197-4519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14772787 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2022 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14701512 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 23:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14753959 | | Email/PDF: pa_dc_claims@navient.com | Oct 26 2022 23:47:09 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14701513 | | Email/PDF: pa_dc_claims@navient.com | Oct 26 2022 23:47:34 | Navient, PO Box 9000, Wilkes Barre, PA 18773-9000 |
| 14763158 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC BANK, PO BOX 94982, CLEVELAND OH 44101 |
| 14701516 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14727907 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14762416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14702672 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:58:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14770580 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14701521 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:32 | Synchrony Bank, PO Box 965001, Orlando, FL 32896-5001 |
| 14736348 | | Email/Text: bncnotifications@pheaa.org | | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 18 |

|  |  | Oct 26 2022 23:48:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
|---|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14701517 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14701519 | * | PSECU, P. O. Box 67012, Harrisburg, PA 17106-7012 |
| 14701520 | * | PSECU, P. O. Box 67012, Harrisburg, PA 17106-7012 |
| 14701510 | ##+ | Fedloan Servicing, Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Jeremy S. Miles julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5