IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/12/22 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JEREMY S. MILES

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-23898

Chapter 13

Related to Docket No. 48

ORDER OF COURT

AND NOW, this ____ 12th Day of December, 2022 ____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23898-GLT |
| Jeremy S. Miles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 12, 2022 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy S. Miles, 5525 Gibson Road, Gibsonia, PA 15044-9419 |
| 14753512 | + | Greater Pittsburgh Police Federal Credit Union, 1338 Chartiers Avenue, Pittsburgh, PA 15220-4800 |
| 14701511 | | Home Depot, PO Box 390728, Saint Louis, MO 63179 |
| 14701518 | | PSECU, P. O. Box 67012, Harrisburg, PA 17106-7012 |
| 14701514 | + | Pittsburgh Police FCU, 1338 Chartiers Ave., Pittsburgh, PA 15220-4800 |
| 14701515 | | Pittsburgh Police FCU, PO Box 4519, Carol Stream, IL 60197-4519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14772787 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2022 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14701512 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2022 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14753959 | | Email/PDF: pa_dc_claims@navient.com | Dec 13 2022 00:25:30 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14701513 | | Email/PDF: pa_dc_claims@navient.com | Dec 13 2022 00:25:24 | Navient, PO Box 9000, Wilkes Barre, PA 18773-9000 |
| 14763158 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 00:08:00 | PNC BANK, PO BOX 94982, CLEVELAND OH 44101 |
| 14701516 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 00:08:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14727907 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 00:08:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14762416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 00:25:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14702672 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 13 2022 00:25:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14770580 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2022 00:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14701521 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2022 00:25:23 | Synchrony Bank, PO Box 965001, Orlando, FL 32896-5001 |
| 14736348 | | Email/Text: bncnotifications@pheaa.org | | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: pdf900 | Total Noticed: 18 |

|  |  | Dec 13 2022 00:08:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
|---|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14701517 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 5570, Cleveland, OH 44101-0570 |
| 14701519 | * | PSECU, P. O. Box 67012, Harrisburg, PA 17106-7012 |
| 14701520 | * | PSECU, P. O. Box 67012, Harrisburg, PA 17106-7012 |
| 14701510 | ##+ | Fedloan Servicing, Dept of Education, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Jeremy S. Miles julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5