**Form 129**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeremy S. Miles**
    Debtor(s)

Bankruptcy Case No.: 17–23898–GLT

Chapter: 13

### <u>FINAL DECREE</u>

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: December 19, 2022

<u>Gregory L Taddonio</u>
United States Bankruptcy Judge